[No. 43921-9-I.   Division One.   January 10, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE OLVERA-GARRIDO, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 98-1-00213-1, Michael E. Rickert, J., entered December 10, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43922-7-I.   Division One.   January 10, 2000.]

ADAM GRIFFIN, *Appellant,* v. EUGENE KNOTT, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 97-2-01456-8, David A. Nichols, J., entered February 3, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Appelwick, JJ.

[No. 45088-3-I.   Division One.   January 10, 2000.]

*In the Matter of the Personal Restraint of* CLINT POWELL, *Petitioner.*

Petition for relief from personal restraint. Petition *granted* and case *remanded* by unpublished per curiam opinion.

[No. 17350-0-III.   Division Three.   January 13, 2000.]

THE STATE OF WASHINGTON, *Appellant,* v. RENE JAVIER RIVERA, JR., *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 94-1-50068-5, Dennis D. Yule, J., entered February 26, 1998. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.